**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6206**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

WILLIE WOODLAND, JR.,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:08-cr-00003-FPS-1)

———————

Submitted:  June 22, 2012         Decided:  July 16, 2012

———————

Before KING, SHEDD, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie Woodland, Jr., Appellant Pro Se.  John Castle Parr, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Woodland, Jr. appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Woodland, No. 5:08-cr-00003-FPS-1 (N.D. W. Va. Jan. 17, 2012); see United States v. Brown, 653 F.3d 337 (4th Cir. 2011), cert. denied, 132 S. Ct. 1003 (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED